# Court of Appeals
# of the State of Georgia

ATLANTA, April 12, 2017

*The Court of Appeals hereby passes the following order*

**A17D0344. SUSAN WHITE-TEN EYCK A/K/A SUSAN TEN EYCK v. CHARLES EDWARD TEN EYCK, JR. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

15SUCV447



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, April 12, 2017.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*